No. 78–1319.  SOUTH DAKOTA v. ADAMS, SECRETARY OF TRANSPORTATION, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 78–1342.  BLACKBURN ET AL. v. MINOR.  C. A. 5th Cir.  Certiorari denied.

No. 78–1365.  HOUGH ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1384.  PROESEL ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 78–1389.  DYAR v. UNITED STATES; and
No. 78–1415.  HALL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1406.  McCARTHY ET UX. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–1429.  COSTANZO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 78–1475.  PENCE v. BROWN, SECRETARY OF DEFENSE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 78–1478.  JAFFEE ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 78–1481.  GOOD GOVERNMENT GROUP OF SEAL BEACH, INC., ET AL. v. HOGARD.  Sup. Ct. Cal.  Certiorari denied.

No. 78–1488.  BRADFORD COAL CO., INC. v. BAUGHMAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 78–1489.  McNULTY v. HAWAII.  Sup. Ct. Hawaii.  Certiorari denied.